AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Texas

FILED: **6/10/26**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>Joseph Dalton Bowman | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____
*Defendant(s)*

Case No.  4:26-MJ- 226     SEALED

**Filed Under Seal**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 1 2026 - April 30, 2026___ in the county of ___Denton___ in the ___Eastern___ District of ___Texas___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422 | Enticement of a Minor |

This criminal complaint is based on these facts:

See SA Thomas Clements, HSI's affidavit attached hereto.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Thomas Clements, HSI
_____
*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date:  June 10, 2026

_____
*Judge's signature*

City and state:   Beaumont, Texas

Hon. Christine L. Stetson, U.S. Magistrate Judge
_____
*Printed name and title*